**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  AD1 LBV Hotels, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  82-2267709

4. **Debtor's address**

   **Principal place of business**
   1955 Harrison Street, Ste 200
   Number    Street

   Hollywood        FL     33020
   City             State  ZIP Code

   Broward County
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor  AD1 LBV Hotels, LLC
      Name

Case number (if known) _____

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> 5511 __ __ __ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check **all** that apply*: <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |

Debtor  AD1 LBV Hotels, LLC
        Name

Case number (if known)

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When ___/___/____  Case number _____
              MM / DD / YYYY
        District _____  When ___/___/____  Case number _____
              MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See Rider 1                Relationship  Affiliates
        District  District of Delaware     When  1/22/2023
                                                 MM / DD / YYYY
        Case number, if known  _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number  Street
_____
_____                                    _____  _____
City                                        State     ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  AD1 LBV Hotels, LLC
_____
Name

Case number (*if known*)_____

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/22/2023
              _____
              MM / DD / YYYY

✗ /s/ Alex Fridzon
_____
Signature of authorized representative of debtor

Alex Fridzon
_____
Printed name

Title  Responsible Fiduciary
      _____

Debtor  AD1 LBV Hotels, LLC
Name

Case number (*if known*)_____

**18. Signature of attorney**

✗ /s/ Ian J. Bambrick
Signature of attorney for debtor

Date  1/22/2023
MM / DD / YYYY

Ian J. Bambrick
Printed name

Faegre Drinker Biddle & Reath LLP
Firm name

222 Delaware Avenue, Suite 1410
Number     Street

Wilmington
City

DE
State

19801
ZIP Code

(302) 467-4200
Contact phone

ian.bambrick@faegredrinker.com
Email address

5455
Bar number

DE
State

**RIDER 1**

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. The Debtors will move for joint administration of their cases for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure under the case number assigned to the chapter 11 case of AD1 Urban Palm Bay, LLC.

- AD1 Celebration Holdings, LLC
- AD1 Celebration Hotels, LLC
- AD1 Daytona Holdings, LLC
- AD1 Daytona Hotels, LLC
- AD1 LBV Hotels, LLC
- AD1 LBV1, LLC
- AD1 Palm Beach Airport Hotels, LLC
- AD1 PB Airport Hotels, LLC
- AD1 SW Property Holdings, LLC
- AD1 Urban Palm Bay, LLC
- AD1 Urban Palm Bay Place, LLC
- AD1 Urban Strategy Palm Bay, LLC
- AD1 Urban SW, LLC

# AD1 LBV HOTELS, LLC

## RESOLUTIONS ADOPTED BY WRITTEN CONSENT OF THE MANAGER OF AD1 LBV HOTELS, LLC AND REQUISITE MEMBERSHIP INTEREST HOLDERS

### January 20, 2023

The undersigned, being the manager (the "**Manager**") and the requisite number of membership interest holders (the "**Holders**"), of AD1 LBV HOTELS, LLC, a Florida limited liability company (the "**Company**"), hereby consent to the adoption of the following resolutions and taking the actions contemplated thereby, which resolutions shall be deemed to be adopted as of the date first written above with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting.

**WHEREAS** the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in any appropriate jurisdiction.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code (such voluntary petitions, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "**Chapter 11 Cases**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER** that, effective as of the date of execution of these resolutions, the position of Responsible Fiduciary is created for the Company, and Alex Fridzon shall be and hereby is appointed as the Company's Responsible Fiduciary, the Responsible Fiduciary serving as the sole officer of the Company on all aspects of the Chapter 11 Cases, and in its sole discretion, among other actions that would be customary for one serving in the capacity of Responsible Fiduciary. In particular, the Responsible Fiduciary is authorized to (a) manage the process that will result in a filing in the Bankruptcy Court, (b) conduct and oversee bankruptcy preparation and filing activities; including choosing an appropriate filing date, approval of applications, motions, and other pleadings, execution of any relevant documents, and reviewing the petition and any necessary first-day affidavit, (c) attend and appear on behalf of the Company at bankruptcy hearings and 341 meetings of creditors and related ancillary bankruptcy matters, (d) develop, along with restructuring professionals, a restructuring strategy and drive the process of exiting the company from bankruptcy on a timely basis, (e) coordinate activities and assist in communication with outside constituents and advisors, including banks and their advisors, and (f) assist with such other matters as may be needed or requested that fall within the Responsible Fiduciary's expertise and that are mutually agreeable.

**RESOLVED FURTHER** that the Responsible Fiduciary is authorized, in its absolute discretion, to direct the filing of a petition under chapter 11 of the Bankruptcy Code, but it is not required to file such petition if, in its sole discretion, seeking such relief is not in the Company's best interest. Because preparations for a chapter 11 filing are lengthy and time-consuming, this

authorization shall continue for a minimum of one (1) year from the date hereof and shall not be revoked by any transfer, pledge, or assignment of some or all of the membership interests of the Company.

**RESOLVED FURTHER** that the Responsible Fiduciary is hereby authorized and empowered to do and perform all such acts, and to execute and deliver any and all agreements, contracts, documents, instruments, or certificates on behalf of the Company, relating to the Responsible Fiduciary's duties and such agreements, contracts, documents, instruments, or certificates shall be binding on the Company in accordance with the terms thereof.

**RESOLVED FURTHER** that the Responsible Fiduciary, and any other person designated and so authorized to act by the Responsible Fiduciary (each such designee being an "**Authorized Person**"), be, and each hereby is, authorized and empowered to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code in the name and on behalf of the Company, in such forms as the Authorized Person executing the same shall approve, his, her, or their execution to be conclusive evidence of the approval thereof by such Authorized Person, and the Manager, and the Holders, and to file or cause the same to be filed in the Bankruptcy Court at such time as such Authorized Person executing the same shall determine.

**RESOLVED FURTHER** that any Authorized Person be, and each hereby is, authorized and empowered to execute, verify and file or cause to be filed on behalf of and in the name of the Company any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, in such forms as the Authorized Person executing the same shall approve, his, her, or their execution to be conclusive evidence of the approval thereof by such Authorized Person, and the Manager, and the Holders, and to take all such other actions deemed by such Authorized Person to be necessary, appropriate, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of the Chapter 11 Cases.

**RESOLVED FURTHER** that any Authorized Person be, and each hereby is, authorized and empowered on behalf of the Company, to engage and continue to retain the law firm of Faegre Drinker Biddle & Reath LLP as restructuring and general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 Cases, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed appropriate applications for authority to retain the services of Faegre Drinker Biddle & Reath LLP.

**RESOLVED FURTHER** that any Authorized Person be, and each hereby is, authorized and empowered on behalf of the Company, to engage and continue to retain the real estate investment banking firm of RobertDouglas to act as agent and broker related to any refinancing or sale and to provide expert testimony as required on reasonable terms, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed appropriate applications for authority to retain the services of RobertDouglas.

**RESOLVED FURTHER** that any Authorized Person be, and each hereby is, authorized and empowered on behalf of the Company to perform any and all acts as may be necessary or desirable to carry out the purposes of these resolutions and to complete the transactions contemplated in the agreements and instruments referred to in the foregoing resolutions, and to execute, file, and deliver all instruments and other documents as any such officer may deem necessary or desirable to carry out the purposes and intent of the agreements and instruments referred to in the foregoing resolutions; and the execution by any such officer of any such act in connection with the foregoing matters shall conclusively establish such officer's authority therefor from the Company and the approval, ratification, and adoption by the Company of the documents so executed and the actions so taken.

**RESOLVED FURTHER** that any Authorized Person be, and each hereby is, authorized and empowered to take any and all actions necessary or appropriate for the Company to negotiate a refinancing, recapitalization, restructuring, or other reorganization of the Company and, subject to further approval of the Manager and the Holders, to enter into all other documents, agreements or instruments to effectuate the foregoing.

**RESOLVED FURTHER** that any Authorized Person be, and each hereby is, authorized and empowered on behalf of the Company to perform any and all acts as may be necessary or desirable to undertake, execute, file, implement, and/or deliver the Chapter 11 Cases and all other instruments and documents contemplated by the foregoing resolutions and to take any and all further action that such Authorized Person may deem necessary or desirable to effectuate any action authorized by these resolutions, and otherwise to carry out the purposes and intent of the foregoing resolutions, and the execution by any such officer of any such documents or the performance by any such Authorized Person of any such act in connection with the foregoing matters shall conclusively establish his or her authority therefore from the Company and the approval and ratification by the Company of the documents so executed and the actions so taken; and it is

**RESOLVED FURTHER** that all authority conferred by these resolutions shall be deemed retroactive and any and all acts authorized under these resolutions performed prior to the adoption of this resolution are hereby ratified, affirmed and approved; and that, without limitation of the foregoing, all actions heretofore taken for or on behalf of the Company by any Authorized Person in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

*[Signature page follows.]*

IN WITNESS WHEREOF, the undersigned, being the Manager and the Holders, have duly executed this written consent as of the date first written above.

**AD1 Portfolio Manager 2, LLC,**
a Delaware limited liability company
By: AD 1 Management, Inc.
Its: Director

    /s/ Jose Daniel Berman
By: Jose Daniel Berman
Its: President

**AD1 Global Hotels, LLC**
By: AD 1 Management, Inc.
Its: Manager

    /s/ Jose Daniel Berman
By: Jose Daniel Berman
Its: President

**AD1 Hotels, LLC**
By: AD 1 Management, Inc.
Its: Manager

    /s/ Jose Daniel Berman
By: Jose Daniel Berman
Its: President

**Alyali Hotels, LLC**

_____
By: Jacob Serfati
Its: Manager


_____
**Albert Darwiche**


_____
**Armando Nessim**

**Aura Springfield, LLC**

_____
By: Atlantis 5, LLC
Its: Manager

_____
By: Jose Schachner
Its: Manager

**Chateaux Investments, LLC**

_____
By: Alberto Cohen
Its: Manager

**Comfort Plaza, LLC**

_____
By: Chas Park LLC
Its: Manager

_____
By: Alejandro D. Hoffman
Its: Manager

**Facchi Hotels Group, LLC**

    /s/ Aldo Facchi
By: Aldo Facchi
Its: President

**Global Marta II Corp**

_____
By: Thomas E. Flanagan
Its: Director

**HIG3, LLC**

   /s/ Rodrigo Abumohor   
By: Rodrigo Abumohor  
Its: Authorized Signatory

**JJP Property Holdings, LLC**

_____  
By: Juan Jose Platas Carrera  
Its: Managing Member

**PGA Hotel JJ, LLC**

   /s/ Jose Melul   
By: Jose Melul  
Its: Manager

**MARIAO22, LLC**

_____  
By: Maria A. Osechas  
Its: Manager

**Masico Hotels, LLC**

_____  
By: Simon Cohen  
Its: Managing Member

**S & S Hotels Investments, LLC**

_____  
By: Stefania Berman  
Its: Manager

Fill in this information to identify the case:

Debtor name: **AD1 Urban Palm Bay, LLC, et al.**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (On a consolidated basis)    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | IHG<br>PO Box 101074<br>Atlanta, GA 30392-1074 | Wells Fargo Bank, N.A. InterContinental | Trade Claim | | | | $709,635.15 |
| 2 | Hyatt Corporation<br>16417 Collection Center Dr<br>Chicago, IL 60693 | | Trade Claim | | | | $194,063.14 |
| 3 | CBC Hospitality<br>5224 W State Road 46<br>Unit 327<br>Sanford, FL 32771 | | Trade Claim | | | | $161,356.14 |
| 4 | Guest Supply<br>PO Box 6771<br>Somerset, NJ 08875-6771 | Attn: Chad Markhan | Trade Claim | | | | $150,781.51 |
| 5 | Duke Energy<br>PO Box 1004<br>Charlotte, NC 28201-1004 | Duke Energy Payment Processing | Trade Claim | | | | $117,332.84 |
| 6 | Hilton<br>4649 Paysphere Circle<br>Chicago, IL 60674 | | Trade Claim | | | | $117,061.62 |
| 7 | Extreme Construction Group Inc.<br>2844 Stirling Road<br>Suite A<br>Hollywood, FL 33020 | | Trade Claim | | | | $108,592.04 |
| 8 | Sysco Central Florida Inc<br>PO Box 40<br>Ocoee, FL 34761 | | Trade Claim | | | | $85,513.56 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims        page 1

Debtor Name **AD1 Urban Palm Bay, LLC, et al.**          Case Number _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 **Harmony Interiors Inc.** 37 N Orange Ave Suite 560 Orlando, FL 32801 | | Trade Claim | | | | $79,778.01 |
| 10 **Hill York Service Company LLC** PO Box 350155 Ft Lauderdale, FL 33335 | | Trade Claim | | | | $74,490.83 |
| 11 **Marriott International Inc.** 7750 Wisconsin Avenue Bethesda, MD 20814 | Domestic Franchise A/R | Trade Claim | | | | $64,498.56 |
| 12 **Herly Corp** 7041 Grand National Dr Suite 105 A Orlando, FL 32819 | | Trade Claim | | | | $63,457.88 |
| 13 **Farmer & Irwin Corp** 3300 Avenue K Riviera Beach, FL 33404 | | Trade Claim | | | | $53,455.50 |
| 14 **Decolumber LLC** 10255 General Dr Suite A6-A7 Orlando, FL 32824 | | Trade Claim | | | | $52,300.00 |
| 15 **Insight Direct USA** PO Box 731069 Dallas, TX 75373-1069 | | Trade Claim | | | | $39,669.13 |
| 16 **System Tech Services Inc** 851 Central Park Dr Sanford, FL 32771 | | Trade Claim | | | | $35,515.98 |
| 17 **Booking.com B.V.** 5295 Paysphere Circle Chicago, IL 60674-5295 | | Trade Claim | | | | $34,765.52 |
| 18 **Furniture Liquidators USA Inc** 10407 Rocket Blvd Orlando, FL 32824 | | Trade Claim | | | | $32,905.00 |
| 19 **Anthony Travel LLC** 7920 Beltline Rd Suite 1010 Dallas, TX 75254 | | Trade Claim | | | | $29,481.36 |
| 20 **Express Plumbing of Central Florida Inc.** 309 Altamonte Commerce Blvd Suite 1502 Altamonte Springs, FL 32714 | | Trade Claim | | | | $28,000.00 |

Official Form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims            page 2

Debtor Name **AD1 Urban Palm Bay, LLC, et al.**        Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **FPL**  General Mail Facility  Miami, FL 33188-0001 | | Trade Claim | | | | $27,576.72 |
| 22 | **Baker Roofing Company**  PO Box 26057  517 Mercury St  Raleigh, NC 27611 | | Trade Claim | | | | $26,356.00 |
| 23 | **Sysco Southeast Florida Inc**  1999 Martin Luther King Jr Blvd  Riviera Beach, FL 33404 | | Trade Claim | | | | $25,796.03 |
| 24 | **KniTec Inc.**  1225 Puerta Del Sol  Unit 600  San Clemente, CA 92673 | | Trade Claim | | | | $25,598.69 |
| 25 | **Master T Inc.**  295 Montego Bay Court  Merritt Island, FL 32953 | | Trade Claim | | | | $25,528.56 |
| 26 | **Algomat Group Inc.**  8335 NW 68 ST  Miami, FL 33166 | | Trade Claim | | | | $23,033.67 |
| 27 | **KONE**  PO Box 22251  New York, NY 10087-2251 | | Trade Claim | | | | $22,980.80 |
| 28 | **Worldgate Timeshare LLC**  3011 Maingate Ln  Kissimmee, FL 34747 | | Trade Claim | | | | $19,974.38 |
| 29 | **Bright House Networks**  PO Box 223085  Pittsburgh, PA 15251-2085 | Charter Communications | Trade Claim | | | | $19,367.26 |
| 30 | **HD Supply Facilities Maintenance Ltd.**  PO Box 509058  San Diego, CA 92150-9058 | | Trade Claim | | | | 18,834.54 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**        page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AD1 LBV Hotels, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-\_\_\_\_\_ (\_\_\_) |

**COMBINED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY SECURITIES HOLDERS PURSUANT
TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

1. Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "Debtor") certifies that the following corporate entities and/or persons (i) directly or indirectly own the below percentage and (ii) directly or indirectly holds the below percentages of the identified Equity Interests of the Debtor:

| Name and Address | Ownership & Interest |
|---|---|
| AD1 Global Hotels, LLC | 24.11% Direct Ownership<br>100% of Class A<br>5.12% of Class B |
| AD1 Hotels, LLC | 10.95% Direct Ownership<br>13.70% of Class B |
| Facchi Hotels Group, LLC | 8.84% Direct Ownership<br>11.07% of Class B |
| Mariao22, LLC | 3.05% Direct Ownership<br>3.82% of Class B |
| JJP Property Holdings, LLC | 2.51% Direct Ownership<br>3.15% of Class B |
| Global Marta II Corp | 2.38% Direct Ownership<br>2.98% of Class B |
| S & S Hotel Investments, LLC | 1.04% Direct Ownership<br>1.3% of Class B |
| Aura Springfield, LLC | 1.26% Direct Ownership<br>1.58% of Class B |
| PGA Hotel JJ, LLC | 2.23% Direct Ownership |

---

[1] The last four digits of the above-captioned Debtor's federal Employer Identification Number are 7709. The mailing address for the Debtor and its affiliate Debtors is 1955 Harrison Street, Suite 200, Hollywood, FL 33020. A complete list of the Debtors in these chapter 11 cases can be found on Rider 1 of the Debtor's Voluntary Petition.

US.355282126.01

|  |  |
|---|---|
|  | 2.79% of Class B |
| Masico Hotels, LLC | 1.51% Direct Ownership<br>1.89% of Class B |
| Alyali Hotels, LLC | 6.69% Direct Ownership<br>8.37% of Class B |
| Chateaux Investments, LLC | 2.51% Direct Ownership<br>3.15% of Class B |
| Albert Darwiche | 2.97% Direct Ownership<br>3.72% of Class B |
| Armando Nessim | 2.23% Direct Ownership<br>2.79% of Class B |
| HIG3, LLC | 27.62% Direct Ownership<br>34.58% of Class B |
| Comfort Plaza, LLC | 0.1% Direct Ownership<br>100% of Class C |

**Fill in this information to identify the case and this filing:**

Debtor Name  AD1 LBV Hotels, LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Combined Corporate Ownership Statement and List of Equity Securities Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/22/2023            ✗ /s/ Alex Fridzon _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   Alex Fridzon _____
                                   Printed name

                                   Responsible Fiduciary
                                   Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**